**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6420**

———————

WALTER S. LOVELL,

Plaintiff - Appellant,

versus

P. BARNS, Director responsible for staff,
D.M.C.C., Medical; EDDIE PEARSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-98-359-AM)

———————

Submitted: August 30, 2000        Decided: September 7, 2000

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Walter S. Lovell, Appellant Pro Se. David Ernest Boelzner, Heather
Marie Kofron, WRIGHT, ROBINSOIN, OSTHIMER & TATUM, Richmond, Vir-
ginia; Pamela Anne Sargent, Assistant Attorney General, Richmond,
Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Walter S. Lovell appeals the district court's orders: (1) dismissing Lovell's claims as to Defendant Pearson; and (2) denying Lovell's motion for leave to amend and granting summary judgment to Defendant Barns[*] on Lovell's claims filed pursuant to 42 U.S.C.A. § 1983 (West Supp. 2000). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lovell v. Barns, Nos. CA-98-359-AM (E.D. Va., filed Sept. 9, 1999 & Mar. 2, 2000, entered Sept. 10, 1999 & Mar. 3, 2000). See Fed. R. Civ. P. 58, 79(a). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] This Defendant's name is spelled Barns in some parts of the record and Barnes in other parts of the record.